IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OLDE YANKEE INC.**<br><br>  Plaintiff,<br><br>  v.<br><br>**MID-ATLANTIC BARGE SERVICE, LLC**<br><br>  Defendant. | **CIVIL ACTION NO. 21-153** |

# ORDER

**AND NOW,** this 10th day of March 2023, upon consideration of Olde Yankee Inc.'s Motion for Partial Summary Judgment [Doc. No. 21], and Mid-Atlantic Barge Service, LLC's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**